IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

YULEIDIS VEGA,

      Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION AND
SEABOARD MARINE LTD.
INC.,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4354

Opinion filed December 9, 2015.

An appeal from an order of the Reemployment Assistance Appeals Commission.
Frank E. Brown, Chairman.

Yuleidis Vega, pro se, Appellant.

Norman A. Blessing, General Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED. Durando v. Palm Beach County, 719 So. 2d 1258 (Fla. 1st

DCA 1998).

ROWE, OSTERHAUS, and WINOKUR, JJ., CONCUR.